UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                       )<br>                          )     CRIMINAL NO. 05-10183-MLW<br>ARTHUR BURGESS,           )<br>    Defendant.            ) | |

ORDER

WOLF, D.J.                                            December 23, 2020

For reasons discussed at the December 22, 2020 hearing, it is hereby ORDERED that:

1.  The parties shall confer and the government at least shall attempt to obtain: (a) the list of people defendant Arthur Burgess is authorized to call from FCI Allenwood, Medium ("Allenwood"); (b) recordings of Burgess' calls with Domenic Baldassari, Christopher Cook, and anyone on the list known by the government to be a felon or whose number is known by the government to be associated with a felon; (c) Allenwood's policy concerning individuals authorized to be on an inmate's "call list," including whether that policy prohibits calls to felons and whether it requires the true name of the person associated with each telephone number on the list; and (d) any other information relevant to the accuracy of Burgess' testimony on December 22, 2020.

2.  The parties shall, by January 6, 2021, confer, provide to the court and Probation the documents and information obtained in response to paragraph 1 hereinabove, and report their respective

views on the implications of the documents and information for Burgess' motion for compassionate release.

3. If the parties have not requested and received an extension of the January 6, 2021 reporting date, the hearing on Burgess' motion for compassionate release shall resume on January 8, 2021, at 1:30 p.m.

4. As the court decided that sealing of certain submissions concerning Burgess' motion for compassionate release is no longer justified under the standards of <u>United States v. Kravetz</u>, 706 F.3d 47 (1st Cir. 2013), the parties shall confer and, by January 8, 2021, file for the public record versions of Docket Nos. 416, 427, and 428, which redact dates of birth and any other personal identifiers other than names.[1]

5. The parties shall order the transcript of the December 22, 2020 hearing.

                                             UNITED STATES DISTRICT JUDGE

---

[1] Paragraph 4 modifies and supersedes the order stated orally at the December 22, 2020 hearing.